UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> 3FREE NYC, INC., POLKADOTS & MOONBEAMS, INC., INSPIRE APPAREL, INC., NINA PIU, INC., VENUS FASHION, INC., CHURCH STEEL RETAIL, INC., d/b/a NEW ASHLEY STEWART, INC., and DOES 1 through 10, <br><br> Defendant(s). | Case No.:  CV-12-10420-MWF (JEMx) <br><br> **PARTIAL JUDGMENT AS TO DEFENDANTS 3FREE NYC, INC., AND NINA PIU, INC.** |

On December 9, 2013, the Court granted Plaintiff's Motion for Default Judgment against Defendants 3Free NYC, Inc., and Nina Piu, Inc.  (Docket No. 29).  Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Star Fabrics, Inc., shall have judgment against Defendant 3Free NYC, Inc., in the amount of $1,300; and

1     **IT IS HEREBY FURTHER ORDERED** that Plaintiff Star Fabrics, Inc.,
2 shall have judgment against Defendant Nina Piu, Inc., in the amount of $1,300.

Dated: December 9, 2013      _____
                                                           MICHAEL W. FITZGERALD
                                                            United States District Judge